IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DAVID MERO**
Reg #16744-171                                                                                             **PETITIONER**

v.                                No. 2:22-cv-72-DPM

**YATES, Warden**                                                                             **DEFENDANT**

### ORDER

On *de novo* review, the Court adopts Magistrate Judge Ervin's recommendation, *Doc. 22*, and overrules Mero's objections, *Doc. 25*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Mero's frustration with the BOP's administrative process is understandable. But he failed to exhaust his remedies, and he hasn't shown that doing so would have been futile. Mero's § 2241 petition will be dismissed without prejudice. All pending motions are denied as moot.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

12 December 2022