# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

DAVID MERO
Reg #16744-171                                                                                    PETITIONER

v.                          No. 2:22-cv-72-DPM

YATES, Warden                                                   DEFENDANT

## JUDGMENT

Mero's petition is dismissed without prejudice.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 December 2022