IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

DAVID MERO
Reg #16744-171                                                                    PETITIONER

v.                          No. 2:22-cv-72-DPM

YATES, Warden                                                                     DEFENDANT

## ORDER

Mero's motion, *Doc. 34*, is denied as moot. Judgment was entered on 12 December 2022.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 January 2023